THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Melissa D. and Henry T., and Christian Michael T., DOB: 10/30/92 James Henry T., DOB: 11/26/96, Defendants, of whom Melissa D. is
Appellant.
 
 
 

Appeal From York County
 R. Kinard Johnson, Jr., Family Court Judge

Unpublished Opinion No. 2006-UP-386
Submitted November 1, 2006  Filed November 27, 2006   

AFFIRMED

 
 Mitchell K. Byrd, of Hilton Head, for Appellant
Cherie Teat Barton,  of York, for Respondent.
Carolyn W. Rogers, of Rock Hill, for Guardian Ad Litem
 

PER CURIAM:  Melissa Lynn D. appeals a family court order terminating her parental rights to her two minor children.  After a thorough review of the record pursuant to Ex Parte Cuathen, 291 S.C. 465, 354 S.E.2d 381 (1987) and S.C. Dept of Soc. Servs. v. Downer, S.C.Sup.Ct. Order dated February 2, 2005 (expanding the procedure set forth in Cauthen to situations where an indigent person appeals from an order imposing measures short of termination of parental rights), we are unable to find any issue of merit.  It is therefore ordered that counsel be relieved, and the order of the family court is 
AFFIRMED.[1] 
GOOLSBY, STILWELL, and SHORT, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.